UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:  )  Case No.: 02-83138
E-Z Serve Convenience Stores  )
)  Chapter: 11
)
Debtor(s)  )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

   IT APPEARING that pursuant to an Order previously entered by this Court, the amount of $ 1298.70 was paid into the court by the Trustee for deposit into the U.S. Bankruptcy Court's Unclaimed Funds Account, representing funds paid to Arthur Hall _____, which were not negotiated by said claimant; and

   IT FURTHER APPEARING that the Claimant has made an official request to the court for these funds to be paid, and the request and documents attached establish that the Claimant is entitled to Unclaimed Funds; and the court having verified that the funds are available for distribution to this Claimant, and for sufficient reasons appearing,

   IT IS ORDERED that the Clerk, U.S. Bankruptcy Court, shall process this request for a check to be issued from the Unclaimed Funds Account in the total amount of $ 1298.70 payable to Arthur Hall and send said check to payee at the following address:

c/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125

Date: 9/20/10

Catharine R Aron
United States Bankruptcy Judge