UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

E-Z Serve Convenience Stores, Inc.

Debtor(s)

Case No.: 02-83138

Chapter: 11

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

    **IT APPEARING** that pursuant to an Order previously entered by this Court, the amount of $ 1233.41 was paid into the court by the Trustee for deposit into the U.S. Bankruptcy Court's Unclaimed Funds Account, representing funds paid to Debra Bome (Debra Borne) now Debra Curry, which were not negotiated by said claimant; and

    **IT FURTHER APPEARING** that the Claimant has made an official request to the court for these funds to be paid, and the request and documents attached establish that the Claimant is entitled to Unclaimed Funds; and the court having verified that the funds are available for distribution to this Claimant, and for sufficient reasons appearing,

    **IT IS ORDERED** that the Clerk, U.S. Bankruptcy Court, shall process this request for a check to be issued from the Unclaimed Funds Account in the total amount of $ 1233.41 payable to Debra Curry and send said check to payee at the following address:

8335 Freedom Crossing Trail
Apt. #2101
Jacksonville, FL  32256-1201

Date: Jan 7, 2011

_Catharine R Aron_
United States Bankruptcy Judge