United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 02-83138-cra |
| E-Z Serve Convenience Stores, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 12 |
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + David H. Munroe, 2127 Mollys Way Dr., San Antonio, TX 78232-5464 |
| | + U.S. Attorney's Office - MDNC, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401-6045 |
| 1090794 | + DAVID H. MUNROE, 1006 DOUBLE SPRING CT, APEX, NC 27502-4967 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 14, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. McInnes | on behalf of Creditor Del-Ran-O amcinnes@kilpatricktownsend.com  ktriebel@kilpatricktownsend.com |
| Alan D. McInnes | on behalf of Creditor Owen F. Kyser  Sr. amcinnes@kilpatricktownsend.com, ktriebel@kilpatricktownsend.com |
| Alan D. McInnes | on behalf of Creditor J. Harold Chastain Country Partners  J. Harold Chastain, Trustee; Owen F. Kyser, Trustee; Chastain Valdosta Partners amcinnes@kilpatricktownsend.com, ktriebel@kilpatricktownsend.com |
| Alan D. McInnes | on behalf of Creditor Moses Johnson amcinnes@kilpatricktownsend.com  ktriebel@kilpatricktownsend.com |
| Amos U. Priester, IV | on behalf of Creditor The Thomas Willingham Wood Estate apriester@smithlaw.com |

District/off: 0418-1                          User: admin                                Page 2 of 12
Date Rcvd: Jan 12, 2021                       Form ID: 161                               Total Noticed: 3

| | |
|---|---|
| | aosterhout@smithlaw.com;kbarden@smithlaw.com |
| Amy Pritchard Williams | on behalf of Creditor Coca-Cola Bottling Co  amy.williams@troutmansanders.com, meredith.haggerty@troutman.com |
| Brian Richard Anderson | on behalf of Interested Party Kenneth E. Storey  branderson@foxrothschild.com  pwilliams@foxrothschild.com |
| Byron L. Saintsing | on behalf of Creditor S & ME  Inc. bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Creditor Finova Capital Corporation bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Plaintiff S&ME  Inc. bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Creditor Motiva Enterprises  LLC bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Plaintiff S&SME  INC. bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Counter-Defendant S&ME  Inc. bsaintsing@smithdebnamlaw.com |
| C. Edwin Allman, III | on behalf of Defendant Robert E. Carroll ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant W. Clay Hamner ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant wayne M. Rogers ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant Krispy Kreme Doughnut Corporation ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant Francis J. Proto ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant C. Alan Bentley ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant Krispy Kreme Doughnuts  Inc. ceallman@allmanspry.com, twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant James L. Card ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant Wayne Boone ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant John Casey ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Creditor Kenan Transport Company ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant Kenan Transport Company ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| C. Edwin Allman, III | on behalf of Defendant Charles B. Jenkins ceallman@allmanspry.com  twilliams@allmanspry.com;trusteeallman1@gmail.com |
| Chad A. Sharkey | on behalf of Plaintiff S&ME  Inc. CSharkey@smithdebnamlaw.com, jroach@mmmlaw.com |
| Charles F. Carpenter | on behalf of Defendant Choate  Hall & Stewart CFC@pwkl.com |
| Charles F. Carpenter | on behalf of Creditor Cobb Environmental & Technical Services CFC@pwkl.com |
| Charles F. Carpenter | on behalf of Creditor Naomi Chase CFC@pwkl.com |
| Charles F. Carpenter | on behalf of Defendant Premium Distributors  Inc. CFC@pwkl.com |

Case 02-83138    Doc 8878    Filed 01/14/21    Page 3 of 13

| District/off: 0418-1 | User: admin | Page 3 of 12 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

Charles F. Carpenter
    on behalf of Defendant AT&T Corp. CFC@pwkl.com

Charles F. Carpenter
    on behalf of Creditor Keith Bragg CFC@pwkl.com

Charles F. Carpenter
    on behalf of Creditor M&S Dobani  Inc. CFC@pwkl.com

Charles F. Carpenter
    on behalf of Defendant Jeff Hamill CFC@pwkl.com

Charles F. Carpenter
    on behalf of Creditor James A. Anderson CFC@pwkl.com

Charles F. Carpenter
    on behalf of Creditor Singing River Electric Power Association CFC@pwkl.com

Charles F. Carpenter
    on behalf of Defendant Cobb Environmental & Technical Services  Inc. CFC@pwkl.com

Charles F. Carpenter
    on behalf of Creditor Norman Adams CFC@pwkl.com

Charles M. Ivey, III
    on behalf of Creditor James B. Cumming mmm@iveymcclellan.com

Charles M. Ivey, III
    on behalf of Creditor Myrtle Beach Farms Company  Inc. mmm@iveymcclellan.com

Christine L. Myatt
    on behalf of Plaintiff GE Capital Franchise Finance Corporation cmyatt@nexsenpruet.com  Krouse@nexsenpruet.com

Christine L. Myatt
    on behalf of Creditor GE Capital Franchise Finance Corporation cmyatt@nexsenpruet.com  Krouse@nexsenpruet.com

Christine L. Myatt
    on behalf of Creditor GE Capital Finance Corporation cmyatt@nexsenpruet.com  Krouse@nexsenpruet.com

Christine L. Myatt
    on behalf of Defendant FFCA Funding Corporation cmyatt@nexsenpruet.com  Krouse@nexsenpruet.com

Christopher J. Fernandez
    on behalf of Defendant BP Products North America  Inc. chris.fernandez@alston.com

Daniel C. Bruton
    on behalf of Creditor Elizabeth W. Camp dbruton@belldavispitt.com  cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Americaone  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Defendant D.F. Management  INC. fka SAV-A-TON OIL, INC. dbruton@belldavispitt.com, cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Proctor Properties  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor James B. Cumming dbruton@belldavispitt.com  cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Snapfinger Plaza  LLC dbruton@belldavispitt.com, cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor James R. Griggs dbruton@belldavispitt.com  cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Diane (NMN) Delaney dbruton@belldavispitt.com  cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Gary Haygood dbruton@belldavispitt.com  cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Defendant DF Management  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Rusal L.L C. dbruton@belldavispitt.com, cpierce@belldavispitt.com

Daniel C. Bruton
    on behalf of Creditor Larry Wilensky dbruton@belldavispitt.com  cpierce@belldavispitt.com

Daniel C. Bruton

| | |
|---|---|
| | on behalf of Creditor Jerry Haygood dbruton@belldavispitt.com  cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor Bluegrass Venture  L.P. dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor Diversified Family  LLC dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor ATM of Louisiana  LLC dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor DF Management  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor Okaloosa Two  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor Chestatee Capital  LLC dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor Tonya R. Griggs dbruton@belldavispitt.com  cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Defendant OSAN Petroleum Co.  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor North American Cash Systems  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| Daniel C. Bruton | |
| | on behalf of Creditor Travelers Express Company  Inc. dbruton@belldavispitt.com, cpierce@belldavispitt.com |
| David E. Fox | |
| | on behalf of Defendant Lawyers Title Insurance Corporation davidfox@mvalaw.com  TRI_LITecf@mvalaw.com |
| David E. Fox | |
| | on behalf of Defendant Frank Coman davidfox@mvalaw.com  TRI_LITecf@mvalaw.com |
| David F. Meschan | |
| | on behalf of Defendant Jeffrey Short dmeschan@meschanlaw.com  tkelly@meschanlaw.com |
| David M. Grogan | |
| | on behalf of Creditor AFCO Acceptance Corp. david@davidmgrogan.com |
| David M. Grogan | |
| | on behalf of Defendant Lance  Inc. david@davidmgrogan.com |
| Deborah T. Crowder | |
| | on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. dtyson@poynerspruill.com, ecf@poynerspruill.com |
| Deborah T. Crowder | |
| | on behalf of Trustee Richard M. Hutson  II dtyson@poynerspruill.com, ecf@poynerspruill.com |
| Deborah T. Crowder | |
| | on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. dtyson@poynerspruill.com, ecf@poynerspruill.com |
| Diane P. Furr | |
| | on behalf of Creditor Buffalo Rock Company dfurr@poynerspruill.com |
| Diane P. Furr | |
| | on behalf of Creditor Coca-Cola Enterprises  Inc. dfurr@poynerspruill.com |
| Douglas Q. Wickham | |
| | on behalf of Defendant Hinson Oil Company doug@wickhamlawnc.com |
| Douglas Q. Wickham | |
| | on behalf of Defendant Ware Oil & Supply Company  Inc. doug@wickhamlawnc.com |
| Douglas Q. Wickham | |
| | on behalf of Creditor Coletta Jones doug@wickhamlawnc.com |
| Douglas Q. Wickham | |
| | on behalf of Creditor Hinson Oil Company doug@wickhamlawnc.com |
| Douglas Q. Wickham | |
| | on behalf of Creditor G. W. Hunter  Inc. doug@wickhamlawnc.com |
| Douglas Q. Wickham | |
| | on behalf of Defendant North Georgia Beverage Service  Inc. doug@wickhamlawnc.com |
| Douglas Q. Wickham | |

Case 02-83138    Doc 8878    Filed 01/14/21    Page 5 of 13

| District/off: 0418-1 | User: admin | Page 5 of 12 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

Douglas Q. Wickham
    on behalf of Creditor Ware Oil & Supply Company  Inc. doug@wickhamlawnc.com

Douglas Q. Wickham
    on behalf of Creditor Harry. Jones doug@wickhamlawnc.com

Douglas Q. Wickham
    on behalf of Defendant Quantum Services AICS  Inc. doug@wickhamlawnc.com

Douglas Q. Wickham
    on behalf of Creditor Hinson & Hinson  a Partnership doug@wickhamlawnc.com

Douglas Q. Wickham
    on behalf of Creditor Time Saver Food Stores  LLC doug@wickhamlawnc.com

Durant M. Glover
    on behalf of Creditor Thomas Scanlan dmglover@bellsouth.net

Durant M. Glover
    on behalf of Creditor Elizabeth Scanlan dmglover@bellsouth.net

Edward L. Embree, III
    on behalf of Defendant AAA Tank Testers  Inc. edembree@mvalaw.com, TRI_LITecf@mvalaw.com

Emily Curto Weatherford
    on behalf of Trustee Richard M. Hutson  II ecw@nbfirm.com

Emily Curto Weatherford
    on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. ecw@nbfirm.com

Eric Lopez Schnabel
    on behalf of Creditor Entergy New Orleans  Inc. ELSchnabel@klettrooney.com

Eric Lopez Schnabel
    on behalf of Creditor Entergy Louisiana  Inc. ELSchnabel@klettrooney.com

Eric Lopez Schnabel
    on behalf of Creditor Entergy Gulf States  Inc. ELSchnabel@klettrooney.com

Eric Tyson Ray
    on behalf of Creditor Mississippi Power Company eray@balch.com

Eric Tyson Ray
    on behalf of Creditor Alabama Power Company eray@balch.com

Everett B. Saslow, Jr.
    on behalf of Creditor CITGO Petroleum Corporation saslow@hillevans.com  kpope@hillevans.com

Gerald A. Jeutter, Jr.
    on behalf of Defendant Bellsouth Telecommunications  Inc. jeb@jeutterlaw.com, kdyer@smithlaw.com

Gerald A. Jeutter, Jr.
    on behalf of Creditor PetroConsulting jeb@jeutterlaw.com  kdyer@smithlaw.com

Gregory Chocklett
    on behalf of Defendant IOS Capital  LLC gchocklett@chocklettlaw.com

Gregory G. Hesse
    on behalf of Creditor McLane Company  Inc. ghesse@huntonak.com, amckenzie@huntonak.com

H. Arthur Bolick, II
    on behalf of Defendant Hussman Corporation ABOLICK@brookspierce.com

H. Arthur Bolick, II
    on behalf of Creditor Sara Lee Coffee & Tea Foodservice ABOLICK@brookspierce.com

H. Arthur Bolick, II
    on behalf of Defendant Maola Milk and Ice Cream Company of North Carolina  Inc., and Maola Milk and Ice Cream Company, LLC ABOLICK@brookspierce.com

H. Arthur Bolick, II
    on behalf of Defendant C. Alan Bentley ABOLICK@brookspierce.com

James B. Craven, III
    on behalf of Defendant Coast & Valley  Inc. jbc64@mindspring.com

James E. Sorenson
    on behalf of Creditor Florida Self-Insurers Guaranty Association bk@svllaw.com  jim@svllaw.com

James R. Fox
    on behalf of Plaintiff Georgia Lottery Corporation jfox@belldavispitt.com

James R. Morris
    on behalf of Creditor Missouri Department of Revenue mdnc@dor.mo.gov

Case 02-83138   Doc 8878   Filed 01/14/21   Page 6 of 13

| District/off: 0418-1 | User: admin | Page 6 of 12 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

| | |
|---|---|
| Jennifer Adams Ledford | on behalf of Defendant Sells Pump Service  Inc. ledfordja2@gmail.com, lpersonius@greensborolaw.com |
| Jennifer Adams Ledford | on behalf of Defendant Pepsi MidAmerica  Inc., fka Marion Pepsi Bottling Company ledfordja2@gmail.com, lpersonius@greensborolaw.com |
| Jennifer Adams Ledford | on behalf of Defendant Mike Hoffman's Equipment Service  Inc. ledfordja2@gmail.com, lpersonius@greensborolaw.com |
| Jennifer Adams Ledford | on behalf of Defendant Buckeye Oil Equipment Co. ledfordja2@gmail.com  lpersonius@greensborolaw.com |
| Jennifer Adams Ledford | on behalf of Defendant Tennessee General Construction  Inc. ledfordja2@gmail.com, lpersonius@greensborolaw.com |
| Jennifer Adams Ledford | on behalf of Defendant Chillys  Inc. ledfordja2@gmail.com, lpersonius@greensborolaw.com |
| John A. Northen | on behalf of Defendant Camp LVH  LLC jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Trustee Richard M. Hutson  II jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant E-Z Serve Convenience Stores  Inc. jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant E-Z Serve Convenience Stores  Inc.a Survivor of merger with Camp Oil Company jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant D.F. Management  INC. fka SAV-A-TON OIL, INC. jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant SSCH  fka SWIFTY SERVE CORPORATION jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Attorney John A. Northen jan@nbfirm.com  nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant E-Z Serve Convenience Stores jan@nbfirm.com  nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Attorney Northen Blue  LLP jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant SSCH Holding Corp. jan@nbfirm.com  nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Interested Party Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Defendant Inez Tilley Adams jan@nbfirm.com  nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John A. Northen | on behalf of Trustee Richard M. Hutson  II, Trustee in Bankruptcy jan@nbfirm.com, nc47@ecfcbis.com;sks@nbfirm.com;jla@nbfirm.com |
| John M. Flynn | on behalf of Cross-Claimant CIT Group/Business Credit  Inc. jmf@crlaw.com |
| John M. Flynn | on behalf of Defendant CIT Group/Business Credit  Inc. jmf@crlaw.com |
| John Paul H. Cournoyer | on behalf of Trustee Richard M. Hutson  II jpc@nbfirm.com, jla@nbfirm.com;NC22@ecfcbis.com;sks@nbfirm.com |
| John R. Humphrey | on behalf of Defendant Novelty Distributors Corporation jhumphrey@taftlaw.com  aolave@taftlaw.com;ecfclerk@taftlaw.com |
| John Waldo Reis | on behalf of Interested Party Ruel Pixley john.reis@smithmoorelaw.com  janete.smith@smithmoorelaw.com |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 7 of 12 |
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

Josiah E. Hutton
       on behalf of Creditor Frances Bowles ioki@tampabay.rr.com

Judy D. Thompson
       on behalf of Creditor First Bank & Trust jdthompson@poynerspruill.com  ecf@poynerspruill.com

Judy D. Thompson
       on behalf of Creditor Cardtronics  LP jdthompson@poynerspruill.com, ecf@poynerspruill.com

Julie B. Pape
       on behalf of Defendant McLane Foodservice  Inc. bankruptcy@wcsr.com

Julie B. Pape
       on behalf of Defendant Jim Jamison   Inc., d/b/a Jim Jamison Pest Control bankruptcy@wcsr.com

Julie B. Pape
       on behalf of Defendant Greenwich Insurance Company and Avalon Risk Associates  Inc. bankruptcy@wcsr.com

Julie B. Pape
       on behalf of Defendant McLane Company  Inc. bankruptcy@wcsr.com

Kenneth M. Greene
       on behalf of Creditor The CIT Group/Business Credit Inc. kmg@crlaw.com

Kenneth M. Greene
       on behalf of Creditor The CIT Group/Business Credit  Inc. kmg@crlaw.com

Kevin G. Williams
       on behalf of Creditor Georgia Lottery Corp. kwilliams@belldavispitt.com

Kevin William Butterfield
       on behalf of Defendant Beverage South  Inc. kwbutterfield@hdmllp.com

Kevin William Butterfield
       on behalf of Defendant Hulsey Environmental Services  Inc. kwbutterfield@hdmllp.com

Kevin William Butterfield
       on behalf of Creditor Judy O. Bouye kwbutterfield@hdmllp.com

Lillian Hill Watson
       on behalf of Creditor Kerry E. Ransom jcarbonari@wcsr.com

Lillian Hill Watson
       on behalf of Defendant Dairy Fresh of Alabama  LLC jcarbonari@wcsr.com

Lillian Hill Watson
       on behalf of Creditor Dorothy T. Ransom jcarbonari@wcsr.com

Lillian Hill Watson
       on behalf of Defendant Greenwich Insurance Company and Avalon Risk Associates  Inc. jcarbonari@wcsr.com

Lillian Hill Watson
       on behalf of Defendant Flav-O-Rich  LLC jcarbonari@wcsr.com

Lillian Hill Watson
       on behalf of Defendant Dairy Fresh Corporation jcarbonari@wcsr.com

Lillian Hill Watson
       on behalf of Defendant Meadow Gold Dairies  Inc. jcarbonari@wcsr.com

Lisa P. Sumner
       on behalf of Trustee Richard M. Hutson  II lsumner@nexsenpruet.com, gsurratt@nexsenpruet.com

Lisa P. Sumner
       on behalf of Interested Party Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. lsumner@nexsenpruet.com, gsurratt@nexsenpruet.com

Lisa P. Sumner
       on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. lsumner@nexsenpruet.com, gsurratt@nexsenpruet.com

Lisa P. Sumner
       on behalf of Attorney Lisa P. Sumner lsumner@nexsenpruet.com  gsurratt@nexsenpruet.com

Lisa P. Sumner
       on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. lsumner@nexsenpruet.com, gsurratt@nexsenpruet.com

Lisa P. Sumner
       on behalf of Creditor Committee Unsecured Creditors Committee of E-Z Serve Convenience Stores  Inc. lsumner@nexsenpruet.com, gsurratt@nexsenpruet.com

Louis L. Long, Jr.

District/off: 0418-1                         User: admin                          Page 8 of 12
Date Rcvd: Jan 12, 2021                      Form ID: 161                         Total Noticed: 3

|  |  |
|---|---|
| | on behalf of Creditor Joseph Harrison johnna@chesserbarr.com   long@chesserbarr.com |
| Louis L. Long, Jr. | |
| | on behalf of Creditor Robin Harrison johnna@chesserbarr.com   long@chesserbarr.com |
| Marc C. Tucker | |
| | on behalf of Defendant Frank Coman   joyce.wagner@smithmoorelaw.com |
| Margaret R. Westbrook | |
| | on behalf of Defendant Verizon South margaret.westbrook@klgates.com lee.hogewood@klgates.com;courtney.ritter@klgates.com;mary-beth.pearson@klgates.com;carolyn.hall@klgates.com;john.gardner@klgates.com;matthew.houston@klgates.com;emily.mather@klgates.com |
| Melissa VanGilder Alford | |
| | melissa.vangilder@swiftyserve.com |
| Michael Barry Stein | |
| | on behalf of Defendant Taylor Gas  Inc. michael.stein@rtt-law.com |
| Michael Barry Stein | |
| | on behalf of Creditor Taylor Gas  Inc. michael.stein@rtt-law.com |
| N. Hunter Wyche, Jr. | |
| | on behalf of Defendant Federal Express Corporation hwyche@smithdebnamlaw.com   jlieberman@w-rlaw.com |
| N. Hunter Wyche, Jr. | |
| | on behalf of Defendant E. A. Sween Company  d/b/a Deli Express hwyche@smithdebnamlaw.com, jlieberman@w-rlaw.com |
| N. Hunter Wyche, Jr. | |
| | on behalf of Creditor Pelican Ice Cold & Storage  Inc. hwyche@smithdebnamlaw.com, jlieberman@w-rlaw.com |
| N. Hunter Wyche, Jr. | |
| | on behalf of Defendant Pelican Ice & Cold Storage  Inc. hwyche@smithdebnamlaw.com, jlieberman@w-rlaw.com |
| Neil H. Herskowitz | |
| | on behalf of Creditor Riverside Contracting  LLC notice@regencap.com |
| Neil H. Herskowitz | |
| | on behalf of Creditor Regen Capital I  Inc. notice@regencap.com |
| Pamela P. Keenan | |
| | on behalf of Creditor Bowarrow Realty  Inc. PKeenan@kirschlaw.com |
| Pamela P. Keenan | |
| | on behalf of Creditor Sue Tipton PKeenan@kirschlaw.com |
| Pamela P. Keenan | |
| | on behalf of Creditor Baton Rouge Coca-Cola Bottling Company PKeenan@kirschlaw.com |
| Pamela P. Keenan | |
| | on behalf of Creditor John (NMN) Foster PKeenan@kirschlaw.com |
| R. Bradford Leggett | |
| | on behalf of Defendant John A. Lloyd and Associates  Inc. rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Defendant Electra Partners  Inc. rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Creditor Bay Harbour 90-1 Ltd. rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Creditor E. F. Private Equity Partners (Americas)  L.P. rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Creditor Bay Harbour Partners  Ltd. rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Defendant Placid Refining Company  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Defendant Ezamarg  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Creditor Ezamarg  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Defendant Margamy  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | |
| | on behalf of Defendant Halpern Denny & Company  Inc. rbleggett@allmanspry.com |
| R. Bradford Leggett | |

District/off: 0418-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 9 of 12
Date Rcvd: Jan 12, 2021　　　　　　　　Form ID: 161　　　　　　　　　　　Total Noticed: 3

| | |
|---|---|
| | on behalf of Attorney R. Bradford Leggett rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant E.F. Private Equity Partners (Americas) L.P. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor WMR Capital Corp. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Francis J. Proto rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor Margamy  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Ammarg  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Woobihaca  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Halpern Denny Fund  II, L.P. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor Halpern Denny Fund II  L.P. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor Woobihaca  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant HD Venture Capital. Inc. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Covington & Burling  and Howard, Smith & Levin, LLP d/b/a Covington & Burling rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Tanner Propp  LLP, and Marvin J. Goldstein, Individually and d/b/a Marvin J. Goldstein, Esq. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor Carolina Hillandale  LLC rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant Bay Harbour Management  L.C. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor Margamy  LLC, et. al. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Defendant WMR Capital Corp. rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Attorney Robert W. Morgan rbleggett@allmanspry.com |
| R. Bradford Leggett | on behalf of Creditor Ammarg  LLC rbleggett@allmanspry.com |
| Rayford K. Adams, III | on behalf of Defendant Buckeye Oil Equipment Co. RKAdams@spilmanlaw.com  cpeterson@spilmanlaw.com |
| Richard D. Sparkman | on behalf of Defendant Weiser Security Services  Inc. dsparkman@embarqmail.com |
| Richard M. Hutson, II | on behalf of Debtor Swifty Serve  LLC hutson@hhplaw.com |
| Richard M. Hutson, II | on behalf of Trustee Richard M. Hutson  II hutson@hhplaw.com |
| Richard M. Hutson, II | on behalf of Debtor E-Z Serve Convenience Stores  Inc. hutson@hhplaw.com |
| Richard M. Hutson, II | on behalf of Interested Party Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. hutson@hhplaw.com |
| Richard M. Hutson, II | office@c13dur.com |
| Richard M. Hutson, II | on behalf of Defendant E-Z Serve Convenience Stores hutson@hhplaw.com |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 10 of 12 |
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

Richard Steele Wright
    on behalf of Defendant James  McElroy & Diehl, P.A. rwright@mwhattorneys.com, smyers@mwhattorneys.com

Richard Steele Wright
    on behalf of Creditor Enterprise Leasing Co.-Southeast rwright@mwhattorneys.com  smyers@mwhattorneys.com

Robert A. Cox, Jr.
    on behalf of Defendant Guardian Fueling Technologies  Inc. rcox@babc.com,
    kkelley@bradley.com;kkelley@ecf.courtdrive.com;rcox@ecf.courtdrive.com

Robert E. Whitfield
    on behalf of Creditor Diane Sattler robert@whit-bankruptcy.com

Robert J. Rinck
    on behalf of Creditor Missouri Department of Revenue mdnc@dor.mo.gov

Rory D. Whelehan
    on behalf of Defendant Fleet Business Credit  LLC rory.whelehan@wbd-us.com, deborah.lehman-wooten@wbd-us.com

Rory D. Whelehan
    on behalf of Defendant Fleet Business Credit Corporation rory.whelehan@wbd-us.com  deborah.lehman-wooten@wbd-us.com

Sara A. Conti
    on behalf of Accountant Lehman Pollard saraconti@bellsouth.net  nc27@ecfcbis.com

Sara A. Conti
    on behalf of Trustee Sara A. Conti saraconti@bellsouth.net  nc27@ecfcbis.com

Sara A. Conti
    on behalf of Attorney Sara A. Conti  Trustee saraconti@bellsouth.net, nc27@ecfcbis.com

Scott P. Vaughn
    on behalf of Creditor Waters Management  LLC svaughn@mcguirewoods.com

Scott P. Vaughn
    on behalf of Creditor Bank of America  N.A. svaughn@mcguirewoods.com

Scott P. Vaughn
    on behalf of Creditor American International Specialty Lines Insurance Company svaughn@mcguirewoods.com

Scott P. Vaughn
    on behalf of Creditor Waters Investments  Inc. svaughn@mcguirewoods.com

Shawna Y. Staton
    on behalf of Defendant Colored Cups Coca Cola Co. shawna.staton@hutchensandsenter.com

Stacy C Cordes
    on behalf of Defendant Crawford & Company scordes@burtcordeslaw.com  jshort@burtcordeslaw.com

Stephani Wilson Humrickhouse
    on behalf of Creditor Barry Jackson Sullivan  Jr. shumrickhouse@nichollscrampton.com, jdavison@nichollscrampton.com

Stephani Wilson Humrickhouse
    on behalf of Creditor Sizemore Corporation shumrickhouse@nichollscrampton.com  jdavison@nichollscrampton.com

Stephani Wilson Humrickhouse
    on behalf of Creditor First State Bank & Trust Company of Valdosta shumrickhouse@nichollscrampton.com
    jdavison@nichollscrampton.com

Stephanie Osborne
    on behalf of Trustee Richard M. Hutson  II slo@nbfirm.com, jla@nbfirm.com

Stephanie Osborne
    on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. slo@nbfirm.com,
    jla@nbfirm.com

Stephanie Osborne
    on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trsutee for E-Z Serve Convenience Stores, Inc., et al. slo@nbfirm.com,
    jla@nbfirm.com

Susan E. Driscoll
    on behalf of Defendant Reddy Ice Group  Inc., d/b/a/ Reddy Ice-Riviera Beach, d/b/a Reddy Ice-Panama City, d/b/a Reddy
    Ice-Albany, d/b/a East Point, d/b/a Pensacola, d/b/a Montgomery, d/b/a Reddy Ice (formerly Peoples Ice)
    sdriscoll@driscollsheedy.com

Terri L Gardner
    on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al.
    terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com

Thomas G. King
    on behalf of Defendant The News Group  Inc. Dsill@KECH.com

Thomas H. Dickenson

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 11 of 12 |
| Date Rcvd: Jan 12, 2021 | Form ID: 161 | Total Noticed: 3 |

    on behalf of Defendant Anderson News  LLC tdickenson@hdclaw.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor The Georgia Department of Natural Resources  Environmental Protective Division notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Allen Beverages  Inc. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Sheila Stone Sheila Stone Nolen  Administratrix of the Estate and on behalf of all Wrongful Death Beneficiaries of Russell Herbert Stone notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor K & P Fuel  Inc. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor South Carolina Education Lottery notice@waldrepwall.com  8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor McCurdy Advertising LLLP notice@waldrepwall.com  8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Georgia Lottery Corporation notice@waldrepwall.com  8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Hartrampf Outdoor , LLLP notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor CAT Scale Company notice@waldrepwall.com  8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Glenridge Convenience Stores  Inc. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor EFMARK Deployment I  Inc. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Georgia Lottery Corp. notice@waldrepwall.com  8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor PaySmart America  Inc. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Parrot-Ice Drink Products of America Ltd notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Thomas W. Waldrep, Jr.
    on behalf of Creditor Handex of Florida  Inc. notice@waldrepwall.com, 8898@notices.nextchapterbk.com

Timothy Kern
    on behalf of Creditor Ohio Dept. of Commerce TKern@ag.state.oh.us

Travis Sasser
    on behalf of Creditor RUS Rentals travis@sasserbankruptcy.com

Travis Sasser
    on behalf of Creditor RUS Rentals of Atlanta travis@sasserbankruptcy.com

Travis Sasser
    on behalf of Defendant Cintas Corporation travis@sasserbankruptcy.com

Travis Sasser
    on behalf of Creditor Cintas Corporation travis@sasserbankruptcy.com

Vicki L. Parrott
    on behalf of Debtor E-Z Serve Convenience Stores  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Mark C. King vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Plaintiff Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Trustee Richard M. Hutson  II vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant E-Z Serve Convenience Stores  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

District/off: 0418-1                              User: admin                                    Page 12 of 12
Date Rcvd: Jan 12, 2021                           Form ID: 161                                   Total Noticed: 3

Vicki L. Parrott
    on behalf of Attorney Richard M. Hutson  II, Chapter 11 Trustee for E-Z Serve Convenience Stores, Inc., et al. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Trustee Richard M. Hutson  II, Trustee in Bankruptcy vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Steven P. Haft vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Trustee Richard M. Hutson  II, Chapter 11 Trsutee for E-Z Serve Convenience Stores, Inc., et al. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

William B. Sullivan
    on behalf of Defendant Greenwich Insurance Company and Avalon Risk Associates  Inc. bankruptcy@wcsr.com

William L. Esser, IV
    on behalf of Creditor FleetOne  L.L.C. willesser@parkerpoe.com, courtneyvolz@parkerpoe.com

William L. Esser, IV
    on behalf of Creditor Marc Schreiber Trust and Eric Schreiber Trust willesser@parkerpoe.com  courtneyvolz@parkerpoe.com

William L. Yaeger
    on behalf of Creditor Charles D. Nash notices@williamyaeger.com

William P. Janvier
    on behalf of Defendant Premcor Refining Group  Inc. bill@janvierlaw.com, samantha@janvierlaw.com;stephanie@janvierlaw.com;june@janvierlaw.com;r55537@notify.bestcase.com

William P. Janvier
    on behalf of Creditor Weiser Security Services  Inc. bill@janvierlaw.com, samantha@janvierlaw.com;stephanie@janvierlaw.com;june@janvierlaw.com;r55537@notify.bestcase.com

William P. Janvier
    on behalf of Defendant Weiser Security Services  Inc. bill@janvierlaw.com, samantha@janvierlaw.com;stephanie@janvierlaw.com;june@janvierlaw.com;r55537@notify.bestcase.com

William P. Janvier
    on behalf of Defendant Peter Daniel Roden bill@janvierlaw.com samantha@janvierlaw.com;stephanie@janvierlaw.com;june@janvierlaw.com;r55537@notify.bestcase.com

William P. Janvier
    on behalf of Creditor Premcor Refining Group  Inc. bill@janvierlaw.com, samantha@janvierlaw.com;stephanie@janvierlaw.com;june@janvierlaw.com;r55537@notify.bestcase.com

William P. Miller
    bancm_ecf@ncmba.uscourts.gov

Zane L. Zielinski
    on behalf of Defendant Pepsi Bottling Group  Inc. ZZielinski@fgllp.com

Zane L. Zielinski
    on behalf of Defendant PepsiAmericas  Inc. ZZielinski@fgllp.com

TOTAL: 286

Form 161

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 02−83138

IN THE MATTER OF:
E−Z Serve Convenience Stores, Inc.   76−0257684
1824 Hillandale Road
Durham, NC 27705

Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

TAKE NOTICE THAT the following request has been made with the Court:

Application for Payment of Unclaimed Funds by David H. Munroe, Claimant, Requesting Payment of Unclaimed Funds in the amount of $2,615.12.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 2/4/21 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420−6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a telephonic hearing** on the motion will be held on 2/25/21 at 02:00 PM

**In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 877−873−8017; Access Code: 9674126 when prompted to do so.**

Dated: 1/12/21                                                                                              OFFICE OF THE CLERK/drm