**SO ORDERED.**

**SIGNED this 10th day of February, 2021.**



*Catherine R Aron*
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** E-Z Serve Convenience Stores, Inc. ) | **Case No.:** 02-83138 | |
| ) | | |
| ) | | |
| ) | **Chapter:** 11 | |
| Debtor(s) ) | | |

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On <u>1/12/2021</u>, an application was filed for the Claimant(s), <u>David H. Munroe,</u> for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C § 2042, the sum of <u>$2,615.12</u> held in unclaimed funds be made payable to <u>David H. Munroe</u> and be disbursed to the payee at the following address:

David H. Munroe
2127 Molly's Way Drive
San Antonio, TX 78232

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

-END OF DOCUMENT-